[No. 49530-5-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVAUGHN CHRISTOPHER DORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00234-8, Cheryl B. Carey and Terence Lukens, JJ., and Barbara Harris, J. Pro Tem., entered June 15, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 49715-4-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE CALLENDRET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06868-3, Michael S. Spearman and Charles W. Mertel, JJ., entered November 19, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 49749-9-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON W. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05704-5, Carol A. Schapira, J., entered November 9, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49854-1-I.   Division One.   November 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DAVID COLE, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 00-1-05042-6, Alan R. Hancock, J., entered January 14, 2002. *Reversed* by unpublished per curiam opinion.